IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | * |
| | * CASE NO. 13-00811 BKT |
| ROSALY MARIS PEREZ ORTIZ | * |
| | * CHAPTER 13 |
| DEBTOR | * |

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2012 TAX REFUND**

TO THE HONORABLE COURT:

NOW COMES, **ROSALY MARIS PEREZ ORTIZ**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated March 11, 2013, provides that debtor's tax refunds will be paid into the Plan. See docket no. 13

2. The debtor received her 2012 tax refund in the sum of $576.00. Attached is copy of the bank account statement which reflects the "direct deposit" or electronic transfer of funds received from the Treasury Department of Puerto Rico on May 28, 2013.

3. The debtor respectfully submits to the Court that she needs to use these funds to pay for: new car tires and car repairs. Attached is copy of tire shop estimate/invoice.

4. The debtor needs to use the funds from the 2012 "tax refund' to pay for this reasonable expense The debtor is living within a very "tight" budget which barely covers her daily expenses and a Plan payment of $175.00, which Plan payments are up-to-date with the Trustee.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the debtor to pay for this expense with her 2012 "tax refund".

Page – 2-
Debtor's Motion Requesting Order
Case no. 13-00811 BKT13

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2012 tax refund by the debtor, to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent via US Mail to Rosaly M Perez Ortiz, 104 Jose De Diego Cayey PR 00736.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 18th day of June, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com



**Scotiabank - IAP/ITP Application (Top Page) - Microsoft Internet Explorer**

Client -> ROSALY M PEREZ ORTIZ

Retail Account - History

| CIF Key: | 000000000892953 | Customer Name: | ROSALY M PEREZ ORTIZ |
| --- | --- | --- | --- |
| Account: | 950440296 | Transit: | 99085 |
| Product Name: | SCOTIAMAX PLUS-CHECKING-RES | Account Status: | Active |
| Currency: | USD | | |

Current Balance: $883.51
Balance Forward: $279.74
Transaction Amount: 0.00
Available Balance: $883.51
Transaction Date: (YYYYMMDD)

| Posting Date | Transaction | Cheque Number | Txn Amount | Balance |
| --- | --- | --- | --- | --- |
| 0530 | SERVICE CHARGE SC SC SC SC - 0019526 C040- CARR. #1 KM. 5, 8. CAYEY PR PR, 019526, C040- CARR. #1 KM. 58., CAYEY PR PR | | ($0.50) | $883.51 |
| 0530 | AUTO TELLER-DEBIT ATDIBW - 0019526 C040- CARR. #1 KM. 5, 8. CAYEY PR PR, 019526, C040- CARR. #1 KM. 58., CAYEY PR PR | | ($301.25) | $884.01 |
| 0530 | SERVICE CHARGE SC SC SC SC - 0019481 C040- CARR. #1 KM. 5, 8. CAYEY PR PR, 019481, C040- CARR. #1 KM. 58., CAYEY PR PR | | ($0.50) | $1,185.26 |
| 0530 | SERVICE CHARGE SC SC SC SC - 0019452 C040- CARR. #1 KM. 5, 8. CAYEY PR PR, 019452, C040- CARR. #1 KM. 58., CAYEY PR PR | | ($0.50) | $1,185.76 |
| 0530 | SPEC.AUTH.CREDIT SACSAC - 221571470851754, MCAY Mun Cayey | | $605.52 | $1,186.26 |
| 0528 | SPEC.AUTH.CREDIT SACSAC - 21502110026917, DEPTO. HACIENDA REINTEGRO | | $576.00 | $580.74 |
| 0520 | POS PURCHASE PSPPSP - 0584612 PEAJE ELECTRONICO CA, CAGUAS PRI, 584612, PEAJE ELECTRONICO CE, CEIBA PRI | | ($5.00) | $4.74 |

2:26 PM   TOIFIBPPR107P \ TOIFCITRIXC62P \ PR908MJAPR76P \ CPEREZ

Thursday, May 30, 2013   02:27 PM

# Master quick lube

# INVOICE

Phone 787-955-2984
**Fernando Blas**   lic # Ma-16746

DATE: JUNE 8, 2013

**Rosalí m Pérez Ortiz**

**SUZUKI AEREO 2006**

cotización

| DESCRIPTION | HOURS | MATERIALES | TRABAJO | |
|---|---|---|---|---|
| Amortiguadores delanteros dañados | | $144 | $50 | |
| Caja de bolas derecha dañada | | $58 | $45 | |
| alineamiento | | | $45 | |
| Cuatro gomas | | | $356.00 | |
| | | | | $698.00 |