IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ROSALY MARIS PEREZ ORTIZ

CASE NO. 13-00811 BKT

Chapter 13

XXX-XX-0775

**FILED & ENTERED ON 07/08/2013**

Debtor(s)

ORDER

The debtor(s)' Motion Requesting Authorization to use tax refund (docket #22) is hereby granted as unopposed.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 08 day of July, 2013.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA