IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ROSALY MARIS PEREZ ORTIZ

XXX-XX-0775

Debtor(s)

CASE NO. 13-00811 BKT

Chapter 13

FILED & ENTERED ON 07/09/2013

O R D E R

TRUSTEE's objection to claim #6 filed by ANDERSON FINANCIAL SERVICE (docket entry #21), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and it is hereby granted. Claim is allowed as general unsecured.

SO ORDERED.

San Juan, Puerto Rico, this 09 day of July, 2013.

Brian K. Tester
U. S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA
ANDERSON FINANCIAL SERVICE
CLAIMS REGISTER