IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 13-00811-BKT |
| ROSALY MARIS PEREZ ORTIZ | |
| DEBTOR | CHAPTER 13 |

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2013 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COMES, ROSALY MARIS PEREZ ORTIZ,** debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated March 11, 2013, provides that debtor's tax refunds will be paid into the Plan. See docket #13.

2. The debtor has received the 2013 tax refund in the sum of $615.00. Attached is copy of bank account statement, dated July 19, 2014, which reflects the direct deposit of the 2013 tax refund issued by Puerto Rico Treasury Department.

3. The debtor respectfully submits to the Court that she needs to use these funds to pay for: car repair expenses. Attached is copy of car repair estimate/invoice.

4. The debtor needs to use the funds from the 2013 "tax refund' to pay for this reasonable expense. Furthermore, the debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $175.00.

5. Based on the above-stated, the debtor respectfully requests this Court to Order the

Page - 2-
Debtor's Motion Requesting Order
Case no. 13-00811-BKT13

authorization of the use of these funds to allow the debtor to pay for this expense with the "tax refund".

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtor to pay for the above stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtor, Rosaly Maris Perez Ortiz, to her address of record: 104 Jose De Diego, Cayey PR 00736.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 4th day of August, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com





# Pep Boys

**Work Order - Customer Review - Page 1**

CAYEY
CARRETERA ESTATAL #1 KM 55.2
CERRERA ESTAL #1
CAYEY, PR 00737
(787) 263-2700
EPA# PRR000012211

GERENTE : CARLOS CRUZ

TRACKING ID#: 09092107133

| | Año | 2006 |
| --- | --- | --- |
| | Marca | SUZUKI |
| | Modelo | AERIO |
| | Motor | 4-2300 2 3L DOHC |

Fecha: 2014-08-01
Aislado Por: NA
Hora De Ingreso: 16:36:14
Fecha/Hora prometida:
El carro tiene partes Viejas requeridas por el cliente? no

| Cargos Por Piezas | Cargos De Trabajo | Cargos Totales | Fecha Y Hora | Tarifa De Trabajo |
| --- | --- | --- | --- | --- |
| 257.96 | 368.00 | 707.23 | 2014-08-01  16:36:14 | 80.00/80.00 |

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| OT | | Shop Fee<br>*** SKU 4120 represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies | N | | | | 1 | | 35.00 | 35.00 |

**Not Yet Authorized**

| | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| PK | 9991079 | REAR STRUT REPLACEMENT | N | | | | 1 | | 152.00 | 152.00 |
| LB | 1712 | Remove & Install Rear Shock &/Or Strut Assembly - Both Sides | | | 80.00 | | 1 | | 216.00 | 216.00 |
| LB | 1712 | Remove & Replace Rear Strut - Both | N | | 80.00 | | 1 | | 102.99 | 102.99 |
| PN | 72464 | PB/MONROE Rear OESpectrum Strut LIFETIME LIMITED WARRANTY | N | | | | 1 | | 102.99 | 102.99 |
| PN | 72465 | PB/MONROE Rear OESpectrum Strut LIFETIME LIMITED WARRANTY | N | | | | 1 | | 25.99 | 25.99 |
| PN | 905953 | PB/MONROE Rear Strut-Male Mounting Kit LIMITED 90 DAY WARRANTY | N | | | | 1 | | 25.99 | 25.99 |
| PN | 905953 | PB/MONROE Rear Strut-Male Mounting Kit LIMITED 90 DAY WARRANTY | N | | | | | | | |

Package SubTotal: 625.96

Parts: 257.96   Labor: 368.00   Other: 35.00   IVU Tax: 39.66   Lcl Tax: 6.61   Total: 707.23

**General Comments**

rcm:$55.20 x 1  9690163 PEPGUARD LIMITED EXTENDED LABOR WARRANTY

**Code Descriptions**

N:Nuevo

* Ahora puede seguir el estatus de su Vehículo. Sólo visite www.pepboys.com y entre su numero de Tracking ID ( 0909 - 2107133 ), en el E-Service Center.
Store ID - Service Work Order

Cuando necesite un remolque? Llame Gratis a:
800-PEP-BOYS (1-800-737-2697)